UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
PRIVILEGE UNDER WRITERS RECIPROCAL
EXCHANGE as subrogee of DAVID GODBOUT,

                Plaintiffs,

     -against-

TOTO USA INC.,

                Defendants.
------------------------------------------------------------------------x

**Docket #:  1:18-cv-3323 (DLI)(SMG)**

**CIVIL ACTION**

**ORDER**

  This matter having been opened to the Court upon application by YELENA GRAVES, ESQ., of the law firm of Strongin Rothman & Abrams, LLP, attorneys for Defendant, TOTO USA INC. (hereinafter "Toto"), in the above-referenced matter, and the Court having considered the motion papers and any opposition thereto and the matter having been heard by the Court;

  IT IS on this __29th__ day of __October__, 2019

  ORDERED, that Toto's motion to compel non-party Paul Huckemeyer of Liquid Tech Plumbing & Heating, Inc. to comply with Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated September 13, 2019, and Subpoena To Testify At A Deposition In A Civil Action, dated September 13, 2019, is granted, and it is further

  ORDERED, that Paul Huckemeyer of Liquid Tech Plumbing & Heating, Inc. is directed to comply with Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action by November 1, 2019; and it is further

1

2

ORDERED, that Paul Huckemeyer of Liquid Tech Plumbing & Heating, Inc. is directed to appear for a deposition pursuant to Subpoena To Testify At A Deposition In A Civil Action on November 8, 2019.

_____
MAGISTRATE JUDGE STEVEN M. GOLD